# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

RONALD RAY BRESHEARS                                      PLAINTIFF

                            No. 5:15-cv-149-DPM-JTR
v.                        No. 5:15-cv-187-DPM-JTR
                            No. 2:15-cv-119-DPM-JTR

ARKANSAS DEPARTMENT
OF CORRECTION, Transportation Unit, *et al.*            DEFENDANTS

## ORDER

Motion to reopen, № 80, denied. If Breshears wants to pursue the claims the Court dismissed without prejudice, then he may refile them in a new lawsuit. But he can't skirt the PLRA's payment requirements or the local rules by reopening a case that's been closed for six months.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_18 July 2018_